

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00560-CV

_____

IN RE ELISHA HOLLOWAY, Relator

_____

Original Proceeding
County Court at Law No. 2 of Parker County, Texas
Trial Court No. CIV-22-0486

_____

Before Womack, Kerr, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's "Petition for Writ of Mandamus" and "Emergency Motion for Stay of Contempt Order Pending Appeal" and is of the opinion that relief should be denied. Accordingly, relator's "Petition for Writ of Mandamus" and "Emergency Motion for Stay of Contempt Order Pending Appeal" are denied.

Per Curiam

Delivered: December 16, 2024